

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| AMANDA JAMES, | § | No. 08-20-00006-CR |
| Appellant, | § | Appeal from the |
| v. | § | 244th District Court |
| THE STATE OF TEXAS, | § | of Ector County, Texas[1] |
| Appellee. | § | (TC# C-17-1111-CR) |
| | § | |

## MEMORANDUM OPINION

Appellant Amanda James has filed a motion to withdraw her appeal, stating that she no longer wishes to proceed with her appeal. We construe this as a motion to voluntarily dismiss her own appeal. The Court grants Appellant's motion and dismisses this appeal. *See* TEX.R.APP.P. 42.2 (governing voluntary dismissals in criminal cases).

April 9, 2020

YVONNE T. RODRIGUEZ, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.

(Do Not Publish)

---

[1] We hear this on transfer from the Eleventh Court of Appeals in Eastland. *See* TEX.R.APP.P. 41.3.